# Notice Recipients

District/Off: 0315−2        User: auto              Date Created: 7/10/2024
Case: 22−20133−CMB          Form ID: 309a           Total: 20

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Ajax Mortgage Loan Trust 2021−D
cr          U.S. Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust
            2021−D, Mortgage−Backed Securities, Series 2021−D as serviced NewRez LLC d/b/a Shellpoint
                                                                                                    TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
tr          Ronda J. Winnecour         cmecf@chapter13trusteewdpa.com
aty         Christian M Rieger         criegerlaw@gmail.com
aty         Joshua I. Goldman          josh.goldman@padgettlawgroup.com
aty         Stephen Russell Franks     amps@manleydeas.com
                                                                                                    TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Rosemary Huddleston        615 Raymond Street         New Castle, PA 16101
cr          PRA Receivables Management, LLC         PO Box 41021        Norfolk, VA 23541
15467947    Ajax Mortgage Loan Trust 2021−D         c/o Gregory Funding LLC        PO Box 230579       Tigard, OR
            97281
15448602    Choice Recovery        1550 Old Henderson Road        Suite 100       Columbus, OH 43220
15448603    Fay Servicing Llc      Attn: Bankruptcy       440 S Lasalle St Suite 2000      Chicago, IL 60605
15448604    Gnc Community Fcu          201 S Jefferson St      New Castle, PA 16101
15448605    I C System Inc     Attn: Bankruptcy       Po Box 64378        St Paul, MN 55164
15448606    KML Law Group          701 Market Street       Suite 5000      Philadelphia, PA 19106
15448786    Orion      c/o of PRA Receivables Management, LLC         PO Box 41021       Norfolk, VA 23541
15448607    Trident Asset Management        Attn: Bankruptcy       Po Box 888424       Atlanta, GA 30356
15448608    U.S. Department of Education         Ecmc/Bankruptcy        Po Box 16408       Saint Paul, MN 55116
15470354    US Department of Education          PO Box 16448        St. Paul, MN 55116−0448
15448609    Us Bank Home Mortgage           4801 Frederica St      Owensboro, KY 42301
                                                                                                    TOTAL: 13